```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAUL A. PEREZ-REYES,              :    CIVIL ACTION
                                  :    NO. 14-5472
          Petitioner,             :
                                  :
     v.                           :
                                  :
MS. BRENDA L. TRITT et al.,       :
                                  :
          Respondents.            :
                                  :
```

**O R D E R**

    **AND NOW**, this **14th** day of **August, 2015,** after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa (ECF No. 11) and Petitioner's objections thereto (ECF No. 12), it is hereby **ORDERED** as follows:

    (1) The Report and Recommendation is **APPROVED** and **ADOPTED;**

    (2) Petitioner's objections to the Report and Recommendation are **OVERRULED;**

    (3) The Petition for a Writ of Habeas Corpus (ECF No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE;**

    (4) A certificate of appealability shall not issue; and

    (5) The Clerk shall mark this case **CLOSED.**

            **AND IT IS SO ORDERED.**


                    **/s/ Eduardo C. Robreno**
                    **EDUARDO C. ROBRENO,    J.**